## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s)<br>**Sonja Denise Reid**<br>5196 Olivia Trail Lot 198<br>Stone Mountain, GA 30088<br><br>**xxx−xx−6102** | Case No.: **21−59310−jrs**<br>Chapter: **7** |

### NOTICE

NOTICE IS HEREBY GIVEN that a portion of the filing fee remains unpaid in this case in the amount of: **$ 260.00**

1. The Debtor is hereby notified to pay the balance due on or before: **February 28, 2022**.

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

United States Bankruptcy Court
1340 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**For payments made by hand delivery to a divisional office in Atlanta, Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check.**

**Payments may also be made online at:** https://www.ganb.uscourts.gov/online−payments

2. If, by the date(s) set forth above, i) the filing fee is not paid in accordance with this deficiency notice; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.

The Clerk will serve this deficiency notice on Debtor, Debtor's Counsel, and Trustee.

*/s/ M. Regina Thomas*

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:   February 18, 2022

Form 134
Revised January 2022