UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-59310-JRS |
| | : | |
| SONJA DENISE REID, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**MOTION TO EXTEND DEADLINE FOR TRUSTEE AND UNITED STATES TRUSTEE TO OBJECT TO DEBTOR'S DISCHARGE**

COMES NOW S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Sonja Denise Reid ("**Debtor**"), and under Fed. R. Bankr. P. 4004(b) respectfully applies for an extension of time for the filing of a complaint objecting to Debtor's discharge (the "**Motion**"), respectfully showing the Court as follows:

**Jurisdiction and Venue**

1.   This Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

**Background Facts**

*a. General Background*

2.   Debtor commenced the above-styled bankruptcy case by filing a voluntary petition [Doc. No. 1] under Chapter 7 of Title 11 of the United States Code on December 15, 2021 (the "**Petition Date**"), initiating Case No. 21-59310-JRS  (the "**Case**").

3.   Trustee was thereafter appointed and remains the duly acting Chapter 7 trustee in this Case.

4. The deadline for Trustee and the United States Trustee to file a complaint objecting to Debtor's Discharge is March 22, 2022 (the "**Discharge Deadline**"). As a result, this Motion is timely filed.

### b. Section 341 Creditors Meeting and Trustee's Request for Documents and Information

5. The Chapter 7 Section 341 Meeting of Creditors was originally scheduled for January 21, 2022 but was rescheduled to February 23, 2022 on account of Debtor's failure to appear.

6. The Debtor did not appear at the February 23, 2022 341 Meeting of Creditors and another 341 meeting has not been scheduled.

### Relief Requested and Basis for Same

7. Trustee needs additional time to determine whether Debtor is entitled to a discharge in this Case, including, among other things, time to determine whether Debtor has made any material misstatements in his bankruptcy disclosure forms that could result in a denial of his discharge under 11 U.S.C. § 727. Trustee moves to extend the Discharge Deadline for Trustee and the United States Trustee for an additional 90 days, through and including June 20, 2022.

8. Rule 4004(b)(1) of the Federal Rules of Bankruptcy Procedure provides that "[o]n a motion *of any party in interest*, after notice and hearing, the court may *for cause* extend the time to object to discharge." Fed. R. Bankr. P. 4004(b)(1) (emphasis added).

9. Here, Trustee is a party in interest. And, given Trustee has not interviewed the Debtor at that meeting of creditors, cause exists to extend the Discharge Deadline.

WHEREFORE, Trustee prays that the Discharge Deadline for Trustee and United States Trustee to file a complaint objecting to Debtor's discharge be extended for 90 days, through and including June 20, 2022, and that the Court grant Trustee such other and further relief as may be just

and proper.

      Respectfully submitted this 21st day of March, 2022.

                                                */s/ S. Gregory Hays*  
                                                S. Gregory Hays  
Hays Financial Consulting, LLC        Chapter 7 Trustee  
2964 Peachtree Road, NW, Ste 555  
Atlanta, GA 30305  
(404) 926-0060

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, hereby certify that I have this day caused to be served copies of the foregoing *Motion to Extend Deadline for Trustee and United States Trustee to Object to Debtor's Discharge* upon the following entities by first class United States Mail, postage prepaid, at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

Sonja Denise Reid
5196 Olivia Trail Lot 198
Stone Mountain, GA 30088

This 21st day of March, 2022.

                                                */s/ S. Gregory Hays*
                                                S. Gregory Hays
                                                Chapter 7 Trustee