UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-59310-JRS |
| | : | |
| SONJA DENISE REID, | : | CHAPTER 7 |
| | : | |
|    Debtor. | : | |
| | : | |

### NOTICE OF *MOTION TO EXTEND DEADLINE FOR TRUSTEE AND UNITED STATES TRUSTEE TO OBJECT TO DEBTOR'S DISCHARGE*, DEADLINE TO OBJECT, AND FOR HEARING

**PLEASE TAKE NOTICE** that on March 21, 2022, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Sonja Denise Reid ("**Debtor**"), filed a *Motion to Extend Deadline for Trustee and United States Trustee to Object to Debtor's Discharge* [Doc. No. 27] (the "**Motion**") and related papers with the Court, seeking an order from the Court extending the deadline for Trustee or the United States Trustee to file a complaint objecting to Debtor's discharge, through and including June 20, 2022.

Pursuant to Second Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in the Motion, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and serve a copy on the Trustee, S. Gregory Hays, 2964 Peachtree Road, NW, Ste 555, Atlanta, GA 30305, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

**PLEASE TAKE FURTHER NOTICE** that The Court will hold an initial telephonic hearing for announcements on the Motion at the following number: (toll-free number*:* **833-568-8864**;* meeting id: **161 418 0533**, at **10:30 A. M. on April 26, 2022 in Courtroom 1404**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. If an objection or response is timely filed and served, the hearing will proceed as scheduled.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

**<u>Your rights may be affected</u>.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated: March 21, 2022.

                                                        */s/ S. Gregory Hays*

Hays Financial Consulting, LLC         S. Gregory Hays  
2964 Peachtree Road, NW, Ste 555      Chapter 7 Trustee  
Atlanta, GA 30305  
(404) 926-0060