UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-59310-JRS |
| SONJA DENISE REID, | : | CHAPTER 7 |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing *Notice of Pleading, Deadline to Object, and for Hearing* [Doc No. 28] by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery to:

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turned Drive, S.W.
Atlanta, GA 30303

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

Sonja Denise Reid
5196 Olivia Trail Lot 198
Stone Mountain, GA 30088

This 21st day of March, 2022.

                   */s/ S. Gregory Hays*
                   S. Gregory Hays
Hays Financial Consulting, LLC     Chapter 7 Trustee
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060