

**IT IS ORDERED as set forth below:**

**Date: April 19, 2022**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-59310-JRS |
| | : | |
| SONJA DENISE REID, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER ON MOTION TO EXTEND TIME FOR TRUSTEE OR THE UNITED STATES TRUSTEE TO OBJECT TO DEBTOR'S DISCHARGE

On March 21, 2022, S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Sonja Denise Reid ("**Debtor**"), filed a *Motion to Extend Deadline for the Trustee and the United States Trustee to Object to Debtor's Discharge* [Doc. No. 27] (the "**Motion**"), seeking an extension of time for Trustee or the United States Trustee to object to Debtor's discharge through and including June 20, 2022.

On March 21, 2022, Trustee filed a *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 28] (the "**Notice**") regarding the Motion, setting the hearing for April 26, 2022. Trustee certifies that he served the Notice on all requisite parties in interest on March 21, 2022. [Doc. No. 28-1].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in the Second Amended and Restated General Order No. 24-2018.  No objection to the Motion was filed prior to the objection deadline provided in the Notice.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**: the time within which Trustee or the United States Trustee may file a complaint objecting to Debtor's discharge is hereby extended through and including June 20, 2022.

[END OF DOCUMENT]

**Prepared and presented by:**

　　/s/ *S. Gregory Hays*
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Street, NW
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Identification of entities to be served:**

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

Sonja Denise Reid
5196 Olivia Trail Lot 198
Stone Mountain, GA 30088

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305